# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> CURE APPAREL, LLC, et al., <br><br> Defendants. | Case No.: 2:19-cv-09241-CBM-JDE <br> <u>Hon. Consuelo B Marshall Presiding</u> <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE  [JS-6]** |

1

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

<u>SO ORDERED.</u>

Dated: OCTOBER 16, 2020   By: _____
HON. CONSUELO B MARSHALL
UNITED STATES DISTRICT JUDGE

2

ORDER ON STIPULATION TO DISMISS ACTION